O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE MARIE HARRISON,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>MARY LATTIMORE, WARDEN,<br><br>　　　　　　Respondent. | CASE NO. CV 09-07983 JSL (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of ANNE MARIE HARRISON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: Feb. 23, 2011

*Spencer Letts*

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE